United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 21-12373-amc
Hattie M. Evans                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 02, 2024 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hattie M. Evans, 1615 W Wyoming Ave, Philadelphia, PA 19140-1133 |
| 14632668 | + | Ernest E. Evans, 1615 W Wyoming Ave, Philadelphia, PA 19140-1133 |
| 14632670 | + | Gregg Morris, Esquire, 501 Cotporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14632673 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14632675 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 02 2024 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2024 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14642094 | | Email/PDF: bncnotices@becket-lee.com | Aug 02 2024 23:44:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14632657 | + | Email/PDF: bncnotices@becket-lee.com | Aug 02 2024 23:44:57 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14632658 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 02 2024 23:38:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 14632662 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 02 2024 23:38:00 | Citizens Bank, 1 Citizens Bank, Riverside, RI 02915 |
| 14632663 | | Email/Text: megan.harper@phila.gov | Aug 02 2024 23:39:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14632664 | | Email/Text: megan.harper@phila.gov | Aug 02 2024 23:39:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14632659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2024 23:44:50 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14642139 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 02 2024 23:44:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14632660 | + | Email/Text: ecf@ccpclaw.com | Aug 02 2024 23:38:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14632665 | + | Email/Text: bankruptcy@philapark.org | Aug 02 2024 23:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14636410 | | Email/Text: mrdiscen@discover.com | Aug 02 2024 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 02, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| 14632666 | + Email/Text: mrdiscen@discover.com | Aug 02 2024 23:38:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14632667 | Email/Text: bankruptcycourts@equifax.com | Aug 02 2024 23:39:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14632669 | ^ MEBN | Aug 02 2024 23:37:40 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14632671 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2024 23:39:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14632672 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2024 23:44:41 | LVNV Funding, LLC, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 14645277 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2024 23:44:42 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14632674 | + Email/Text: bankruptcy@philapark.org | Aug 02 2024 23:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14632676 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2024 23:44:57 | Resurgent Capital Services, P.O. Box 10466, Greenville, SC 29603-0466 |
| 14632678 | Email/Text: DASPUBREC@transunion.com | Aug 02 2024 23:38:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14632677 | + Email/Text: bnc-thebureaus@quantum3group.com | Aug 02 2024 23:39:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14632661 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2024            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK

on behalf of Debtor Hattie M. Evans help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD

on behalf of Debtor Hattie M. Evans help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    HATTIE  M. EVANS

                        Debtor

Chapter 13

Bankruptcy No. 21-12373-AMC

<u>ORDER</u>

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

      **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: August 2, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge